UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
OTTO CANDIES, LLC                                            :
                                                             :
                Plaintiff,                         :
                                                             :   07 Civ. 9825
  - against -                                                :
                                                             :
CONSTRUCCIONES MECANICAS                                     :   **RULE 7.1**
MONCLOVAS, S.A. DE C.V.,                                     :   **DISCLOSURE STATEMENT**
                                                             :
                                                             :
                Defendant,                         :
------------------------------------------------------------ X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

    NONE.

    Dated: New York, New York
            November 6, 2007

                                                  The Plaintiff,
                                                  Otto Candies, LLC

                     By: _____
                               Christopher Schierloh (CS 6644)
                               Martin F. Casey (MFC1415)
                               CASEY & BARNETT, LLC
                               317 Madison Avenue, 21st Floor
                               New York, New York 10017
                               (212) 286-0225