UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - X

OTTO CANDIES, LLC.,

               Plaintiff,         Case No. 07 CV 9825 (JGK)

- against -

                                 **AFFIDAVIT OF SERVICE**

CONSTRUCCIONES MECANICAS
MONCLOVAS, S.A DE C.V.,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK   }
                               ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:15 a.m., on November 19, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Otto Candies, LLC., upon a Ms. Patricia McElveen, who is the Senior Paralegal for ABN-AMRO Bank., at the following address:

       ABN-AMRO Bank
       55 East 52nd Street-10th FL
       New York, NY 10055

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. McElveen, who said she was authorize to accept Service on behalf of ABN-AMRO Bank., regarding Otto Candies, LLC. Ms. McElveen, is a black female, he has brown eyes with glasses and black & grayish hair. She is approximately 5 feet 10 inches tall and approximately weighs 160 pounds. Ms. McElveen, is approximately 48 years of age.

                                                    _____
                                                    IDRIS MAHMOUD
                                                    LIC# 1151131

Sworn to before me this
_19_ day of November, 2007

_____
NOTARY PUBLIC

                             CHRISTOPHER M. SCHIERLOH
                             Notary Public, State of New York
                                  No. 02SC6152972
                             Qualified in Nassau County
                         Commission Expires Sept. 25, 20 _10_