UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
OTTO CANDIES, LLC.,

        Plaintiff,           Case No. 07 CV 9825 (JGK)

   - against -

                              **AFFIDAVIT OF SERVICE**

CONSTRUCCIONES MECANICAS
MONCLOVAS, S.A. DE C.V.,

        Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK } ss.:
COUNTY OF NEW YORK }

    IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:23 a.m., on November 19, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Otto Candies, LLC., upon a Mr. Michael Antonivich, who is the Managing Clerk for Zeichner, Ellman & Krause LLP., at the following address:

        Zeicher, Ellman & Krause LLP
        c/o Bank of America & American Express Bank
        575 Lexington Avenue-10th FL
        New York, NY 10022

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Antonivich, who said he was authorize to accept Service on behalf of Bank of America & American Express Bank., regarding Otto Candies, LLC. Mr. Antonivich, is a white male, he has brown eyes with glasses and black hair. He is approximately 6 feet 1 inches tall and approximately weighs 200 pounds. Mr. Antonivich, is approximately 48 years of age.

                                                    IDRIS MAHMOUD
                                                    LIC# 1151131

Sworn to before me this
19 day of November, 2007

_____
NOTARY PUBLIC

        CHRISTOPHER M. SCHIERLOH
        Notary Public, State of New York
                No. 02SC6152972
         Qualified in Nassau County
      Commission Expires Sept. 25, 20_