UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

OTTO CANDIES, LLC.,

        Plaintiff,

Case No. 07 CV 9825 (JGK)

- against -

**AFFIDAVIT OF SERVICE**

CONSTRUCCIONES MECANICAS
MONCLOVAS, S.A. DE C.V.,

        Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                        } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:04 a.m., on November 19, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Otto Candies, LLC., upon a Ms. Sherly A Grullon, who is the Premier Client Service Associate for HSBC Bank., at the following address:

      HSBC Bank
      415 Madison Avenue
      New York, NY 10017

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Grullon, who said she was authorize to accept Service on behalf of HSBC Bank., regarding Otto Candies, LLC. Ms. Grullon, is a female of Spanish descent, she has brown eyes with glasses and reddish hair. She is approximately 5 feet 6 inches tall and approximately weighs 180 pounds. Ms. Grullon, is approximately 30 years of age.

                                              IDRIS MAHMOUD
                                              LIC# 1151131

Sworn to before me this
19 day of November, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__