UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
OTTO CANDIES, LLC.,

               Plaintiff,        Case No. 07 CV 9825 (JGK)

      - against -          **AFFIDAVIT OF SERVICE**

CONSTRUCCIONES MECANICAS
MONCLOVAS, S.A. DE C.V.,

              Defendant.
- - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  }
                       } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 9:56 a.m., on November 19, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Otto Candies, LLC., upon a Ms. Sandra Woodhouse, who is a Teller Manger for Wachovia Bank., at the following address:

      Wachovia Bank
      360 Madison Avenue
      New York, NY 10017

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Woodhouse, who said she was authorize to accept Service on behalf of Wachovia Bank., regarding Otto Candies, LLC. Ms. Woodhouse, is a female of Spanish descent, she has brown eyes and brown hair. She is approximately 5 feet 6 inches tall and approximately weighs 130 pounds. Ms. Woodhouse, is approximately 30 years of age.

                                                IDRIS MAHMOUD
                                                LIC# 1151131

Sworn to before me this
17 day of November, 2007

_____
NOTARY PUBLIC

                             CHRISTOPHER M. SCHIERLOH
                              Notary Public, State of New York
                                   No. 02SC6152972
                             Qualified in Nassau County
                        Commission Expires Sept. 25, 20 14