UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
OTTO CANDIES, LLC.,
:
              Plaintiff,        Case No. 07 CV 9825 (JGK)

      - against -           **AFFIDAVIT OF SERVICE**
:
CONSTRUCCIONES MECANICAS
MONCLOVAS, S.A. DE C.V.,
:
              Defendant.
- - - - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  }
                      ss.:
COUNTY OF NEW YORK  }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:55 a.m., on November 21, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Otto Candies, LLC., upon a Ms. Paula Pena, who is a Support Specialist for Standard Chartered Bank., at the following address:

      Standard Chartered Bank
      One Madison Avenue
      New York, NY

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Pena, who said she was authorize to accept Service on behalf of Standard Chartered Bank., regarding Otto Candies, LLC. Ms. Pena, is a female of Spanish descent, she has brown eyes and brown hair. She is approximately 5 feet 11 inches tall and approximately weighs 130 pounds. Ms. Pena, is approximately 30 years of age.

                                         _____
                                         IDRIS MAHMOUD
                                         LIC# 1151131

Sworn to before me this
26th day of November, 2007

_____
NOTARY PUBLIC

                         CHRISTOPHER M. SCHIERLOH
                       Notary Public, State of New York
                             No. 02SC6152972
                          Qualified in Nassau County
                     Commission Expires Sept. 25, 20 10