UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
OTTO CANDIES, LLC.,
                                    :
            Plaintiff,              Case No. 07 CV 9825 (JGK )
                                    :
    - against -
                                    **AFFIDAVIT OF SERVICE**
                                    :
CONSTRUCCIONES MECANICAS
MONCLOVAS, S.A. DE C.V.,

                                    :
            Defendant.
- - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK    }
                     } ss.:
COUNTY OF NEW YORK   }

    IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 11:55 a.m., on November 21, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Otto Candies, LLC., upon a Ms. Martha Marimon, who is a Legal Specialist for Bank of New York., at the following address:

    Bank of New York
    120 Broadway-19th FL
    New York, NY 10271

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Marimon, who said she was authorize to accept Service on behalf of Bank of New York., regarding Otto Candies, LLC. Ms. Marimon, is a white female, she has brown eyes and reddish hair. She is approximately 5 feet 10 inches tall and approximately weighs 160 pounds. Ms. Marimon, is approximately 35 years of age.

                                        IDRIS MAHMOUD
                                        LIC# 1151131

Sworn to before me this
26 day of November, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 16