UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

OTTO CANDIES, LLC.,

           Plaintiff,      :    Case No. 07 CV 9825 (JGK )

    - against -

                                **AFFIDAVIT OF SERVICE**

CONSTRUCCIONES MECANICAS
MONCLOVAS, S.A. DE C.V.,

           Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                         ss.:
COUNTY OF NEW YORK  }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 12:05 a.m., on November 21, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Otto Candies, LLC., upon a Ms. Linda A. Platone, who is a Legal Specialist for JP Morgan Chase Bank., at the following address:

      JP Morgan Chase Bank
      One Chase Manhattan Plaza-20th FL
      New York, NY 10005

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Platone, who said she was authorize to accept Service on behalf of JP Morgan Chase Bank., regarding Otto Candies, LLC. Ms. Platone, is a white female, she has brown eyes and blonde hair. She is approximately 5 feet 6 inches tall and approximately weighs 160 pounds. Ms. Platone, is approximately 48 years of age.

                                                   _____
                                                   IDRIS MAHMOUD
                                                   LIC# 1151131

Sworn to before me this
26 day of November, 2007

_____
NOTARY PUBLIC

                                   CHRISTOPHER M. SCHIERLOH
                                   Notary Public, State of New York
                                   No. 02SC6152972
                                   Qualified in Nassau County
                                 Commission Expires Sept. 25, 20 10