UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
OTTO CANDIES, LLC.,
               Plaintiff,       Case No. 07 CV 9825 (JGK )

    - against -             **AFFIDAVIT OF SERVICE**

CONSTRUCCIONES MECANICAS
MONCLOVAS, S.A. DE C.V.,

               Defendant.
- - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  }
                      ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 11:35 a.m., on November 27, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Otto Candies, LLC., upon a Ms. Norma Jean, who is a Clerk Secretary for Deutsche Bank., at the following address:

      Deutsche Bank
      60 Wall Street
      New York, NY

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Jean, who said she was authorize to accept Service on behalf of Deutsche Bank., regarding Otto Candies, LLC. Ms. Jean, is a white female, she has brown eyes and brown hair. She is approximately 5 feet 6 inches tall and approximately weighs 130 pounds. Ms. Jean, is approximately 38 years of age.

                                       IDRIS MAHMOUD
                                       LIC# 1151131

Sworn to before me this
27 day of November, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 10