UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
OTTO CANDIES, LLC.,

            Plaintiff,

        - against -

CONSTRUCCIONES MECANICAS
MONCLOVAS, S.A. DE C.V.,

            Defendant.
- - - - - - - - - - - - - - - - - - x

Case No. 07 CV 9825 (JGK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK }

    IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 12:00 a.m., on November 29, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Otto Candies, LLC., upon a Mr. Russum Abidally, who is a Assistant Vice President for Legal Service Intake Unit for Citibank, N.A., at the following address:

    Citibank, N.A
    1 Court Square-7th FL Zone 5
    Long Island City, NY 11120

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Abidally, who said he was authorize to accept Service on behalf of Citibank, N.A., regarding Otto Candies, LLC. Mr. Abidally, is a male of Indian descent, he has brown eyes and black hair. He is approximately 5 feet 10 inches tall and approximately weighs 170 pounds. Mr. Abidally, is approximately 48 years of age.

                                    _____
                                    IDRIS MAHMOUD
                                    LIC# 1151131

Sworn to before me this
29 day of November, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 2010