UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OTTO CANDIES, LLC,

                Plaintiff,

   - against -

CONSTRUCCIONES MECANICAS MONCLOVAS,
S.A. De C.V.,

                Defendant.

---

07 Civ. 9825 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **July 11, 2008 at 2:30 p.m.**

SO ORDERED.

Dated: New York, New York
       May 7, 2008

                                  John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08